**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | | |
|---|---|---|
| **G&P RENTALS AND YONGE RENTALS** | § § § § | |
| **v.** | § § § | **CIVIL ACTION 1:16-cv-221** |
| **ATLANTIC CASUALTY INSURANCE COMPANY** | | |

### STIPULATION OF DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is G&P Rentals and Yonge Rentals; defendant is Atlantic Casualty Insurance Company.

2. On November 11, 2016, plaintiff sued defendant seeking to compel appraisal pursuant to a policy of insurance.

3. Plaintiff moves to dismiss the suit.

4. Defendant, who has served an answer agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice to refiling.

                Respectfully submitted,

                WETSEL, CARMICHAEL & ALLEN, L.L.P.
                207 Oak Street | P.O. Box 78
                Sweetwater, Texas 79556
                Phone: 325-235-3999
                Fax:    325-235-3526

                By: */s/ Jeffrey L. Allen*
                 Jeffrey L. Allen
                jeff@wetsel-carmichael.com
                State Bar No. 24056590
                Attorney for G&P Rentals and Yonge Rentals


                By:  */s/ Jessica Hall*                             .
                Camille Johnson, Attorney-in-charge
                State Bar No. 10686600
                Jessica Marcoux Hall
                State Bar No. 24046348
                6440 N. Central Expressway, Suite 107
                Dallas, Texas 75206
                Phone: (214) 368-1515
                Fax: (214) 292-9647
                Email: camille@ssjmlaw.com
                Email: jessica@ssjmlaw.com

                **ATTORNEYS FOR DEFENDANT ATLANTIC CASUALTY INSURANCE COMPANY**